Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

Rabin J. Pournazarian (SBN 186735)
Price Law Group, APC
15760 Ventura Blvd., Suite 1100
Encino, California  91436
(818) 995-4540 Telephone
(818) 995-9277 Facsimile
*Attorney for Debtors*

FOR COURT USE ONLY

**FILED & ENTERED**

**APR 27 2012**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY queen    DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

PABLO & ZULMA MONTOYA

Debtor.

PABLO & ZULMA MONTOYA                          Plaintiff(s),

vs.

CALIFORNIA CREDIT UNION

Defendant(s).

**CHANGES MADE BY COURT**

CHAPTER 13

CASE NUMBER **2:11-bk-53636-VZ**

ADVERSARY NUMBER
**2:11-ap-03027-VZ**

DATE: 4/3/12

TIME: 1:30 PM

COURTROOM: 255 E. Temple St., Courtroom
1368,  Los Angeles, CA

# DEFAULT JUDGMENT
# (WITHOUT PRIOR JUDGMENT)

Based on the Defendant's failure to respond to the Complaint, the Court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiffs (*specify name*): Pablo & Zulma Montoya
   and against Defendants (*specify name*): California Credit Union

2. a. ☐ Plaintiff is awarded damages in the following amount:               $
   b. ☐ Plaintiff is awarded costs in the following amount:                  $
   c. ☐ Plaintiff is awarded attorney fees in the following amount:         $
   d. ☐ Plaintiff is awarded interest at the rate of _____% per year from the following date to the date of entry of this Judgment
        (*Specify date from which interest shall begin to run*):
   e. ☒ Plaintiff is granted the following relief (*specify*):               ☒      See Attached Page

3. ☐ This Judgment or claim is determined to be non-dischargeable under:    ☐      Bankruptcy Code §523(a)_____
                                                                            ☐      Other (*specify*):

*(This Order is continued on the next page.)*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.4**

Default Judgment (Without Prior Judgment) – *Page* 2

**F 9021-1.4**

| | |
|---|---|
| In re:   Pablo & Zulma Montoya<br><br>Debtor(s). | CHAPTER:13<br><br>CASE NUMBER: **2:11-bk-53636-VZ**<br>ADVERSARY: **2:11-ap-03027** |

4.  ☒  The Court further adjudges as follows:         ☒        See Attached Page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Default Judgment (Without Prior Judgment) – *Page 3*                    **F 9021-1.4**

| | |
|---|---|
| In re:   Pablo & Zulma Montoya<br><br>Debtor(s). | CHAPTER:13<br><br>CASE NUMBER: **2:11-bk-53636-VZ**<br>ADVERSARY: **2:11-ap-03027** |

The Court having considered the Motion for Default Judgment Against Defendant, California Credit Union (the "Motion"), filed by plaintiffs Pablo & Zulma Montoya, the Chapter 13 Debtors herein (the "Debtors"), and the records and files in this Chapter 13 case, all of the pleadings on file in this adversary proceeding and the pleadings and documents in the adversary proceeding in this Chapter 13 case entitled Pablo & Zulma Montoya v. California Credit Union, et al., Adv. No. 2:11-ap-03027, having noted that the notice of the Motion was adequate and proper, and having granted the Motion,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Motion is granted in its entirety.

2. The Debtor is awarded judgment against the Defendants, California Credit Union, (the "Defendant").

3. The deed of trust that was recorded on July 27, 2007 as Document Number 20071778004, shall be void and unenforceable upon entry of the order of discharge under Chapter 13.

4. The real property which this order applies to is located at 10318 Bryson Avenue, South Gate, California 90280 and is legally described as: THE WEST ONE-HALF OF LOT 34 OF TRACT NO. 3739, IN THE CITY OF SOUTH GATE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 112, PAGES 45-45 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.  APN 6218-002-064

5. Said order shall only be valid if the Debtors receive a discharge in the instant Chapter 13 case.

6. Before the discharge, no payments are to be made on the second secured claim of California Credit Union.  Maintenance payments are not to be made.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                         **F 9021-1.4**

Default Judgment (Without Prior Judgment) – *Page* 4                    **F 9021-1.4**

| | |
|---|---|
| In re:   Pablo & Zulma Montoya | CHAPTER:13 |
| Debtor(s). | CASE NUMBER: **2:11-bk-53636-VZ** |
| | ADVERSARY: **2:11-ap-03027** |

7.    The second claim of California Credit Union is to be treated as an unsecured claim.

8.    Said order will not be valid if the Debtors convert the instant case to a chapter 7 or the instant case is dismissed.

####

DATED: April 27, 2012

_____
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                **F 9021-1.4**

Default Judgment (Without Prior Judgment) – *Page 5*                                    **F 9021-1.4**

| | |
|---|---|
| In re:   Pablo & Zulma Montoya<br><br>Debtor(s). | CHAPTER:13<br>CASE NUMBER: **2:11-bk-53636-VZ**<br>ADVERSARY: **2:11-ap-03027** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
15760 Ventura Blvd., Suite 1100
Encino, CA 91436

A true and correct copy of the foregoing document described ___**DEFAULT JUDGMENT**___ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On_____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___April 16, 2012_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

 Hon. Vincent P. Zurzolo     (U.S. Mail)
United States Bankruptcy Court - Central District of California
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 16, 2012 | Chelsea A. Ryan | /s/ Chelsea A. Ryan |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                     **F 9021-1.4**

Default Judgment (Without Prior Judgment) – *Page 6*                    **F 9021-1.4**

| | |
|---|---|
| In re:   Pablo & Zulma Montoya<br><br>Debtor(s). | CHAPTER:13<br><br>CASE NUMBER: **2:11-bk-53636-VZ**<br>ADVERSARY: **2:11-ap-03027** |

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)   __**DEFAULT JUDGMENT**__
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of___April 16, 2012_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Rabin J Pournazarian  rabin@pricelawgroup.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Pablo & Zulma Montoya
10318 Bryson Avenue
South Gate, CA 90280

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                **F 9021-1.4**

Default Judgment (Without Prior Judgment) – *Page 7*                    **F 9021-1.4**

| | |
|---|---|
| In re:   Pablo & Zulma Montoya<br><br>Debtor(s). | CHAPTER:13<br><br>CASE NUMBER: **2:11-bk-53636-VZ**<br>ADVERSARY: **2:11-ap-03027** |

**<u>ADDITIONAL SERVICE INFORMATION</u>** (if needed):
**BY U.S. MAIL**

**<u>CHAPTER 13 TRUSTEE</u>**
Nancy K. Curry
606 South Olive Street, Suite 950
Los Angeles, CA 90014

**<u>CREDITOR</u>**
California Credit Union
Johana Diaz Manager
701 N Brand Blvd 7th Floor
Glendale, CA 91203

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                    **F 9021-1.4**